**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-02983 |
| | § | |
| LEOPOLDO C LUISTRO | § | |
| MARIA R LUISTRO | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/31/2016. The undersigned trustee was appointed on 01/31/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                      $3,725.46

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $3.87 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,721.59 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/13/2016 and the deadline for filing government claims was 10/13/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $931.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $931.37, for a total compensation of $931.37[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $25.60, for total expenses of $25.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/20/2017            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-02983 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | Date Filed (f) or Converted (c): | 01/31/2016 (f) |
| For the Period Ending: | 11/20/2017 | | §341(a) Meeting Date: | 03/01/2016 |
| | | | Claims Bar Date: | 10/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Timeshare Wyndham Hotel Group 6277 Sea Harbor Drive Orlando FL 32821-0000 Orange | Unknown | $0.00 | | $0.00 | FA |
| 2  2000 Chevrolet Express 1500 Passenger 130,000 MILES | $2,083.00 | $0.00 | | $0.00 | FA |
| 3  Basic used household goods & furnishings | $350.00 | $0.00 | | $0.00 | FA |
| 4  Basic used electronics | $300.00 | $0.00 | | $0.00 | FA |
| 5  Basic used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6  Basic used jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 8  Savings account ending in 5247 TCF | $21.98 | $0.00 | | $0.00 | FA |
| 9  Checking account ending in 8544 TCF | $16.98 | $0.00 | | $0.00 | FA |
| 10 Savings account ending in 6776 Chase | $58.05 | $0.00 | | $0.00 | FA |
| 11 401k Deutsche Asset & Wealth Management | $41,917.00 | $0.00 | | $0.00 | FA |
| 12 401k Fidelity Investments | $49,493.17 | $0.00 | | $0.00 | FA |
| 13 Anticipated 2015 tax refund from overwithholding of income taxes Federal & State | $6,000.00 | $0.00 | | $0.00 | FA |
| 14 Preferential payments to Wyndham Vacations for timeshare (u) | $0.00 | $3,862.76 | | $3,725.46 | FA |
| 15 Payment to City of Chicago Collections for parking tickets (u) | $0.00 | $694.40 | | $0.00 | FA |

**Asset Notes:**   Deemed abandoned - not economical to pursue.

**TOTALS (Excluding unknown value)**                                               **Gross Value of Remaining Assets**
                       $100,540.18         $4,557.16                   $3,725.46                   $0.00

**Major Activities affecting case closing:**

Case 16-02983   Doc 25   Filed 12/15/17   Entered 12/15/17 09:53:07   Desc Main
Document   Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 16-02983 | | | Trustee Name: | David Leibowitz |
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | | Date Filed (f) or Converted (c): | 01/31/2016 (f) |
| For the Period Ending: | 11/20/2017 | | | §341(a) Meeting Date: | 03/01/2016 |
| | | | | Claims Bar Date: | 10/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/31/2017   2017 Reporting Period:
The Trustee recovered a total of $3,725.46, representing preferential payments made to Wyndham Resorts for Debtors' timeshare.  Upon reviewing claims, the Trustee noted that claim 8 was time-barred.  The Trustee contacted Cavalry Portfolio Services several times, and on May 31, 2017, the creditor withdrew its claim.
Case is now ready for TFR.

**Initial Projected Date Of Final Report (TFR):**   07/07/2017     **Current Projected Date Of Final Report (TFR):**   09/30/2017     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2
Page No: 1  Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02983 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7062 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | **-***7063 | | Account Title: | Luistro |
| For Period Beginning: | 1/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/20/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2016 | (14) | Wyndham Vacation Ownership, Inc. | Wyndham preferential payment recovery [partial payment 1] - pursuant to demand letter | 1241-000 | $681.85 | | $681.85 |
| 07/12/2016 | (14) | Wyndham Vacation Ownership, Inc. | Wyndham preferential payment recovery [partial payment 2] - pursuant to demand letter | 1241-000 | $812.97 | | $1,494.82 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.47 | $1,493.35 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.40 | $1,490.95 |
| 09/07/2016 | (14) | Wyndham Vacation Ownership, Inc. | Wyndham preferential payment recovery [partial payment 3] - pursuant to second demand letter | 1241-000 | $2,230.64 | | $3,721.59 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $3,725.46 | $3.87 | $3,721.59 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $3,725.46 | $3.87 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $3,725.46 | $3.87 | |

**For the period of 1/31/2016 to 11/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/12/2016 to 11/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02983 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7062 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | **-***7063 | Account Title: | Luistro |
| For Period Beginning: | 1/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/20/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,725.46 | $3.87 | $3,721.59 |

**For the period of 1/31/2016 to 11/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2016 to 11/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIM ANALYSIS REPORT**

Page No: 1
Exhibit C

| Case No. | 16-02983 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | | | | | | | Date: 11/20/2017 |
| Claims Bar Date: | 10/13/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $931.37 | $0.00 | $0.00 | $0.00 | $931.37 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $25.60 | $0.00 | $0.00 | $0.00 | $25.60 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $31.95 | $0.00 | $0.00 | $0.00 | $31.95 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $715.00 | $0.00 | $0.00 | $0.00 | $715.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR  T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City OK 73124-8848 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $642.11 | $0.00 | $0.00 | $0.00 | $642.11 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to CITIBANK, N.A. (BEST BUY) POB 41067 Norfolk VA 23541 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,476.59 | $0.00 | $0.00 | $0.00 | $2,476.59 |
| 10 | COMENITY CAPITAL BANK/PAYPAL CREDIT  c/o Weinstein & Riley, PS 2001 Western Ave., Ste 400 Seattle WA 98121 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $536.97 | $0.00 | $0.00 | $0.00 | $536.97 |

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| Case No.: | 16-02983 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | | | | | | | Date: 11/20/2017 |
| Claims Bar Date: | 10/13/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MERRICK BANK<br><br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,785.92 | $0.00 | $0.00 | $0.00 | $3,785.92 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $972.39 | $0.00 | $0.00 | $0.00 | $972.39 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,701.63 | $0.00 | $0.00 | $0.00 | $3,701.63 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,033.29 | $0.00 | $0.00 | $0.00 | $5,033.29 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,792.60 | $0.00 | $0.00 | $0.00 | $2,792.60 |
| 6 | MIDLAND FUNDING LLC<br><br>PO Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $634.73 | $0.00 | $0.00 | $0.00 | $634.73 |
| 8 | CAVALRY SPV II, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Withdrawn | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Trustee instructed claimant to withdraw--time-barred

5/31/17: Claim withdrawn (docket 23)

**CLAIM ANALYSIS REPORT** Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 16-02983 | **Trustee Name:** David Leibowitz |
| **Case Name:** LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | **Date:** 11/20/2017 |
| **Claims Bar Date:** 10/13/2016 | |

| | | | | |
|---|---|---|---|---|
| $22,280.15 | $0.00 | $0.00 | $0.00 | $22,280.15 |

**CLAIM ANALYSIS REPORT**   Page No: 4
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 16-02983 | **Trustee Name:** David Leibowitz |
| **Case Name:** | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | **Date:** 11/20/2017 |
| **Claims Bar Date:** | 10/13/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $31.95 | $31.95 | $0.00 | $0.00 | $0.00 | $31.95 |
| Attorney for Trustee Fees (Trustee Firm) | $715.00 | $715.00 | $0.00 | $0.00 | $0.00 | $715.00 |
| General Unsecured § 726(a)(2) | $3,655.67 | $3,655.67 | $0.00 | $0.00 | $0.00 | $3,655.67 |
| Payments to Unsecured Credit Card Holders | $19,386.06 | $16,920.56 | $0.00 | $0.00 | $0.00 | $16,920.56 |
| Trustee Compensation | $931.37 | $931.37 | $0.00 | $0.00 | $0.00 | $931.37 |
| Trustee Expenses | $25.60 | $25.60 | $0.00 | $0.00 | $0.00 | $25.60 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       16-02983
Case Name:   LEOPOLDO C LUISTRO
                       MARIA R LUISTRO
Trustee Name:  David P. Leibowitz

Balance on hand:             $3,721.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:       $0.00
Remaining balance:       $3,721.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $931.37 | $0.00 | $931.37 |
| David P. Leibowitz, Trustee Expenses | $25.60 | $0.00 | $25.60 |
| Lakelaw, Attorney for Trustee Fees | $715.00 | $0.00 | $715.00 |
| Lakelaw, Attorney for Trustee Expenses | $31.95 | $0.00 | $31.95 |

Total to be paid for chapter 7 administrative expenses:       $1,703.92
Remaining balance:       $2,017.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:       $0.00
Remaining balance:       $2,017.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:       $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $2,017.67 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,576.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | MERRICK BANK | $3,785.92 | $0.00 | $371.24 |
| 2 | Capital One Bank (USA), N.A. | $972.39 | $0.00 | $95.35 |
| 3 | Capital One Bank (USA), N.A. | $3,701.63 | $0.00 | $362.98 |
| 4 | Capital One Bank (USA), N.A. | $5,033.29 | $0.00 | $493.56 |
| 5 | Capital One Bank (USA), N.A. | $2,792.60 | $0.00 | $273.84 |
| 6 | Midland Funding LLC | $634.73 | $0.00 | $62.24 |
| 7 | American InfoSource LP as agent for | $642.11 | $0.00 | $62.96 |
| 9 | Portfolio Recovery Associates, LLC | $2,476.59 | $0.00 | $242.85 |
| 10 | Comenity Capital Bank/Paypal Credit | $536.97 | $0.00 | $52.65 |

|  | Total to be paid to timely general unsecured claims: | $2,017.67 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**