**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 16-02983 |
|---|---|---|
| | § | |
| LEOPOLDO C LUISTRO | § | |
| MARIA R LUISTRO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $104,410.17 |
| Total Distributions to Claimants: | $2,017.67 | Claims Discharged Without Payment: | $23,448.14 |
| Total Expenses of Administration: | $1,707.79 | | |

3) Total gross receipts of $3,725.46 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,725.46 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $79,148.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,707.79 | $1,707.79 | $1,707.79 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $25,489.87 | $23,041.73 | $20,576.23 | $2,017.67 |
| **Total Disbursements** | $104,637.87 | $24,749.52 | $22,284.02 | $3,725.46 |

4). This case was originally filed under chapter 7 on 01/31/2016. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/08/2018</u>     By:  <u>/s/ David P. Leibowitz</u>
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preferential payments to Wyndham Vacations for timeshare | 1241-000 | $3,725.46 |
| **TOTAL GROSS RECEIPTS** | | $3,725.46 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Cassel LP | 4110-000 | $3,235.00 | $0.00 | $0.00 | $0.00 |
| | Ownership | 4110-000 | $13,319.00 | $0.00 | $0.00 | $0.00 |
| | Ownership | 4110-000 | $62,594.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $79,148.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $931.37 | $931.37 | $931.37 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $25.60 | $25.60 | $25.60 |
| Green Bank | 2600-000 | NA | $3.87 | $3.87 | $3.87 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $715.00 | $715.00 | $715.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $31.95 | $31.95 | $31.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,707.79 | $1,707.79 | $1,707.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MERRICK BANK | 7100-900 | $4,454.00 | $3,785.92 | $3,785.92 | $371.24 |
| 2 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $972.00 | $972.39 | $972.39 | $95.35 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $3,701.00 | $3,701.63 | $3,701.63 | $362.98 |
| 4 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $5,033.00 | $5,033.29 | $5,033.29 | $493.56 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $2,792.00 | $2,792.60 | $2,792.60 | $273.84 |
| 6 | Midland Funding LLC | 7100-900 | $634.73 | $634.73 | $634.73 | $62.24 |
| 7 | American InfoSource LP as agent for | 7100-000 | $0.00 | $642.11 | $642.11 | $62.96 |
| 8 | Cavalry SPV II, LLC | 7100-900 | $0.00 | $2,465.50 | $0.00 | $0.00 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | $2,476.59 | $2,476.59 | $2,476.59 | $242.85 |
| 10 | Comenity Capital Bank/Paypal Credit | 7100-000 | $536.97 | $536.97 | $536.97 | $52.65 |
|  | Amsher Collection Services Inc | 7100-000 | $840.00 | $0.00 | $0.00 | $0.00 |
|  | AT&T BK Dept | 7100-000 | $195.58 | $0.00 | $0.00 | $0.00 |
|  | Barclay Bank CC PA | 7100-000 | $3,754.00 | $0.00 | $0.00 | $0.00 |
|  | Choice Recovery LLC | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,489.87 | $23,041.73 | $20,576.23 | $2,017.67 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-02983 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | | Date Filed (f) or Converted (c): | 01/31/2016 (f) |
| For the Period Ending: | 2/8/2018 | | | §341(a) Meeting Date: | 03/01/2016 |
| | | | | Claims Bar Date: | 10/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Timeshare Wyndham Hotel Group 6277 Sea Harbor Drive Orlando FL 32821-0000 Orange | Unknown | $0.00 | | $0.00 | FA |
| 2  2000 Chevrolet Express 1500 Passenger 130,000 MILES | $2,083.00 | $0.00 | | $0.00 | FA |
| 3  Basic used household goods & furnishings | $350.00 | $0.00 | | $0.00 | FA |
| 4  Basic used electronics | $300.00 | $0.00 | | $0.00 | FA |
| 5  Basic used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6  Basic used jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 8  Savings account ending in 5247 TCF | $21.98 | $0.00 | | $0.00 | FA |
| 9  Checking account ending in 8544 TCF | $16.98 | $0.00 | | $0.00 | FA |
| 10  Savings account ending in 6776 Chase | $58.05 | $0.00 | | $0.00 | FA |
| 11  401k Deutsche Asset & Wealth Management | $41,917.00 | $0.00 | | $0.00 | FA |
| 12  401k Fidelity Investments | $49,493.17 | $0.00 | | $0.00 | FA |
| 13  Anticipated 2015 tax refund from overwithholding of income taxes Federal & State | $6,000.00 | $0.00 | | $0.00 | FA |
| 14  Preferential payments to Wyndham Vacations for timeshare (u) | $0.00 | $3,862.76 | | $3,725.46 | FA |
| 15  Payment to City of Chicago Collections for parking tickets (u) | $0.00 | $694.40 | | $0.00 | FA |

**Asset Notes:**   Deemed abandoned - not economical to pursue.

**TOTALS (Excluding unknown value)**

| | $100,540.18 | $4,557.16 | | $3,725.46 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 16-02983 | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | | **Date Filed (f) or Converted (c):** | 01/31/2016 (f) |
| **For the Period Ending:** | 2/8/2018 | | | **§341(a) Meeting Date:** | 03/01/2016 |
| | | | | **Claims Bar Date:** | 10/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/31/2017  2017 Reporting Period:
The Trustee recovered a total of $3,725.46, representing preferential payments made to Wyndham Resorts for Debtors' timeshare. Upon reviewing claims, the Trustee noted that claim 8 was time-barred. The Trustee contacted Cavalry Portfolio Services several times, and on May 31, 2017, the creditor withdrew its claim.
Case is now ready for TFR.

**Initial Projected Date Of Final Report (TFR):** 07/07/2017    **Current Projected Date Of Final Report (TFR):** 09/30/2017    /s/ DAVID LEIBOWITZ
                                                                                                                               DAVID LEIBOWITZ

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-02983 | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***7062 | **Checking Acct #:** | ******8301 | |
| **Co-Debtor Taxpayer ID #:** | **-***7063 | **Account Title:** | Luistro | |
| **For Period Beginning:** | 1/31/2016 | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 2/8/2018 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2016 | (14) | Wyndham Vacation Ownership, Inc. | Wyndham preferential payment recovery [partial payment 1] - pursuant to demand letter | 1241-000 | $681.85 | | $681.85 |
| 07/12/2016 | (14) | Wyndham Vacation Ownership, Inc. | Wyndham preferential payment recovery [partial payment 2] - pursuant to demand letter | 1241-000 | $812.97 | | $1,494.82 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.47 | $1,493.35 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.40 | $1,490.95 |
| 09/07/2016 | (14) | Wyndham Vacation Ownership, Inc. | Wyndham preferential payment recovery [partial payment 3] - pursuant to second demand letter | 1241-000 | $2,230.64 | | $3,721.59 |
| 01/10/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $25.60 | $3,695.99 |
| 01/10/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $931.37 | $2,764.62 |
| 01/10/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $715.00; Distribution Dividend: 100.00%; | 3110-000 | | $715.00 | $2,049.62 |
| 01/10/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $31.95; Distribution Dividend: 100.00%; | 3120-000 | | $31.95 | $2,017.67 |
| 01/10/2018 | 3005 | MERRICK BANK | Claim #: 1; Amount Claimed: $3,785.92; Distribution Dividend: 9.81%; | 7100-900 | | $371.24 | $1,646.43 |
| 01/10/2018 | 3006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 2; Amount Claimed: $972.39; Distribution Dividend: 9.81%; | 7100-900 | | $95.35 | $1,551.08 |
| 01/10/2018 | 3007 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 3; Amount Claimed: $3,701.63; Distribution Dividend: 9.81%; | 7100-900 | | $362.98 | $1,188.10 |
| 01/10/2018 | 3008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 4; Amount Claimed: $5,033.29; Distribution Dividend: 9.81%; | 7100-900 | | $493.56 | $694.54 |
| 01/10/2018 | 3009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 5; Amount Claimed: $2,792.60; Distribution Dividend: 9.81%; | 7100-900 | | $273.84 | $420.70 |
| 01/10/2018 | 3010 | Midland Funding LLC | Claim #: 6; Amount Claimed: $634.73; Distribution Dividend: 9.81%; | 7100-900 | | $62.24 | $358.46 |
| 01/10/2018 | 3011 | American InfoSource LP as agent for | Claim #: 7; Amount Claimed: $642.11; Distribution Dividend: 9.81%; | 7100-000 | | $62.96 | $295.50 |
| 01/10/2018 | 3012 | Portfolio Recovery Associates, LLC | Claim #: 9; Amount Claimed: $2,476.59; Distribution Dividend: 9.81%; | 7100-000 | | $242.85 | $52.65 |
| | | | **SUBTOTALS** | | $3,725.46 | $3,672.81 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02983 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7062 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | **-***7063 | | Account Title: | Luistro |
| For Period Beginning: | 1/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2018 | 3013 | Comenity Capital Bank/Paypal Credit | Claim #: 10; Amount Claimed: $536.97; Distribution Dividend: 9.81%; | 7100-000 | | $52.65 | $0.00 |
| | | | **TOTALS:** | | $3,725.46 | $3,725.46 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,725.46 | $3,725.46 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,725.46 | $3,725.46 | |

| For the period of 1/31/2016 to 2/8/2018 | | For the entire history of the account between 07/12/2016 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,725.46 | Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 | Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,725.46 | Total Compensable Disbursements: | $3,725.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,725.46 | Total Comp/Non Comp Disbursements: | $3,725.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-02983 |
| Case Name: | LUISTRO, LEOPOLDO C AND LUISTRO, MARIA R |
| Primary Taxpayer ID #: | **-***7062 |
| Co-Debtor Taxpayer ID #: | **-***7063 |
| For Period Beginning: | 1/31/2016 |
| For Period Ending: | 2/8/2018 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******8301 |
| Account Title: | Luistro |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,725.46 | $3,725.46 | $0.00 |

**For the period of 1/31/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,725.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,725.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,725.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,725.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,725.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,725.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ